

# United States District Court for the Northern District of Illinois

Case Number: 19cv4124               Assigned/Issued By: EW

Judge Name: Tharp                   Designated Magistrate Judge: Weisman

## FEE INFORMATION

**Amount Due:**   ☐ $400.00   ☐ $46.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $505.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____                    Receipt #: _____

Date Payment Rec'd: _____             Fiscal Clerk: _____

## ISSUANCES

☐ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

☑ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
    (Type of Writ)

__10__ Original and __10__ copies on __8/15/2019__ as to Atomic Dog LLC; Red Leg Brewing Company LLC;
                                        (Date)
Blue Marble Productions, Inc.; Northern United Brewing Company, LLC; Brew Detroit, LLC; Precept Brands, LLC; JP Morgan Chase Bank, N. A.

(as to Michael Palmer); JP Morgan Chase Bank, N. A. (as to Palmer-Tech) (Third Parties); Michael Palmer; Palmer-Tech Services, Inc. Notice filed.

Rev. 08/19/2016