IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION,<br><br>     Judgment Creditor,<br><br>  v.<br><br>PALMER-TECH SERVICES, INC.,<br><br>     Judgment Debtor. | Case No. 19-cv-04124<br><br>Judge: John J. Tharp, Jr.<br><br>Magistrate Judge: M. David Weisman |
| CHAPMAN'S CIDER COMPANY, LLC<br><br>     Citation Respondent. | |

**ORDER**

  This cause coming to be heard on Plaintiff's Motion for Turnover, proper notice having been given, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED THAT:

  1.  Plaintiff's Motion is granted; and

  2.  Chapman's Cider Company, LLC shall to turn over to PNC Bank, National Association, c/o Carlson Dash, LLC, 216 S. Jefferson St., Suite 504, Chicago, IL 60661, the total sum of $6,500.00 currently held in its possession belonging to Palmer-Tech Services, Inc. identified in its Answer to Third-Party Citation to Discover Assets.

Counsel for Plaintiff:
Kurt M. Carlson ARDC #6236568
Martin J. Wasserman ARDC #6294040
CARLSON DASH LLC
216 S. Jefferson, Suite 504
Chicago, Illinois 60661
Telephone: 312-382-1600
Email: kcarlson@carlsondash.com
Email: mwasserman@carlsondash.com

Date: March 13, 2020

John J. Tharp, Jr.
United States District Judge